UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
DOFULTON.MAIL@GMAIL.COM THAT
IS STORED AT PREMISES
CONTROLLED BY GOOGLE
CORPORATION

Case No. 1:16-MJ-16

## ORDER

Upon motion of the United States for an order unsealing the Search Warrant, Application, and Supporting Affidavit filed on or about May 25, 2016, together with any Motion to Seal and Order sealing said documents in the above-referenced matter, and good cause appearing therefor, the investigation of the Defendants will no longer be compromised by the unsealing of the documents and that the materials will be provided to defense counsel as part of discovery, it is hereby,

ORDERED that the Government's motion is GRANTED. The Search Warrant, Application, and Supporting Affidavit filed on or about May 25, 2016, together with any Motion to Seal and Order sealing said documents in the above-referenced matter, are hereby UNSEALED.

This 23rd day of June, 2017.

_____
Hon. Brian K. Epps
United States Magistrate Judge
Southern District of Georgia